IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC D. WALKER,

   Plaintiff,

    v.

MAYOR OF ATLANTA, GEORGIA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-3164-TWT

**ORDER**

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending that the action be dismissed for failure to state a claim. For the reasons set forth in the Report and Recommendation, the Plaintiff fails to state a plausible claim for relief. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Plaintiff's Appeal [Doc. 11] is DENIED. The Motion for Reconsideration [Doc. 12] is DENIED.

T:\ORDERS\14\Walker\14cv3164\r&r.wpd

SO ORDERED, this 4 day of December, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge